C. A. 5th Cir.;
Ct. Crim. App. Tex.;
C. A. 5th Cir.;
Crim. Dist. Ct. La., Parish of Orleans;
Sup. Ct. Ill.;
Ct. Crim. App. Tex.;
Sup. Ct. Ga.;
Sup. Ct. Cal.;
Sup. Ct. Ohio;
Sup. Ct. Va.;
C. A. 5th Cir.;
Sup. Ct. Idaho;
Sup. Ct. Fla.;
Ct. Crim. App. Tex.;
C. A. 5th Cir.;
Sup. Ct. Ohio;
Sup. Ct. Va.; and
Ct. Crim. App. Okla. Certiorari denied. Reported below: No. 85-5609, 743 F. 2d 1091 and 765 F. 2d 482; No. 86-6023, 771 S. W. 2d 435; No. 87-6406, 837 F. 2d 1294; No. 88-5189, 122 Ill. 2d 266, 522 N. E. 2d 1167; No. 88-5237, 771 S. W. 2d 453; No. 88-5437, 258 Ga. 281, 368 S. E. 2d 742; No. 88-5581, 45 Cal. 3d 306, 753 P. 2d 1082; No. 88-5749, 38 Ohio St. 3d 239, 527 N. E. 2d 831; No. 88-5953, 236 Va. 240, 372 S. E. 2d 759; -No. 88-6315, 858 F. 2d 978; No. *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, 115 Idaho 231, 766 P. 2d 701; No. 88-6611, 533 So. 2d 750; No. 88-6838, 758 S. W. 2d 567; No. 88-7013, 862 F. 2d 1126; No. 88-7138, 40 Ohio St. 3d 226, 533 N. E. 2d 272; No. 88-7242, 237 Va. 126, 376 S. E. 2d 288; No. 88-7394, 769 P. 2d 167.